THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Sarah Lee Washington, Appellant.
 
 
 

Appeal From Laurens County
 James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-580
Submitted November 1, 2004  Filed November 
 17, 2004

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; 
 and Solicitor W. Townes Jones IV, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Sarah Lee Washington appeals her conviction for murder 
 and possession of a firearm during the commission of a violent crime.  She complains 
 about the denial by the trial court of a motion she made pursuant to Batson 
 v. Kentucky, 476 U.S. 79 (1986), directed to the striking by the State of 
 a black juror.  Her appellate attorney attaches a petition to be relieved as 
 Washingtons counsel, stating his review of the record leads him to conclude 
 Washingtons appeal lacks legal merit sufficient to warrant granting Washington 
 a new trial.  Washington has not filed any pro se documents on 
 her own behalf.
After a thorough review of the record and counsels brief, we dismiss Washingtons 
 appeal and grant counsels petition to be relieved pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991). [1] 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur. 

 
 
 [1]   We decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.